# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Barbara Dean Stinnett,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC,<br><br>　　　　　Defendants. | Judge Eric Tostrud<br>Magistrate Judge David T. Schultz<br><br>CASE NO. 0:22-cv-00418-ECT-DTS<br><br>**NOTICE OF SETTLEMENT WITH EQUIFAX ONLY** |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Equifax Information Services, LLC, ("Equifax") have settled all asserted claims between them. This notice applies to Equifax **ONLY**. The Plaintiff will file a Notice of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two weeks.

Dated: March 1, 2022　　　　　　　　**MINNESOTA LEGAL ASSISTANCE**
　　　　　　　　　　　　　　　　　　/s/David Madgett
　　　　　　　　　　　　　　　　　　David Madgett (#0390494)
　　　　　　　　　　　　　　　　　　333 S 7th Street, Suite 2450
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　(612) 470-5582
　　　　　　　　　　　　　　　　　　dmadgett@mnlegalassistance.com
　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF