## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Barbara Dean Stinnett, | ) Judge Eric Tostrud |
| | ) Magistrate Judge David T. Schultz |
| Plaintiff, | ) |
| | ) CASE NO. 0:22-cv-00418-ECT-DTS |
| v. | ) |
| | ) **NOTICE OF SETTLEMENT** |
| Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC, | ) **WITH TRANS UNION ONLY** |
| | ) |
| Defendants. | ) |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Trans Union, LLC., ("Trans Union") have settled all asserted claims between them. This notice applies to Trans Union **ONLY**. The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two weeks.

Dated: April 7, 2022

**MADGETT LAW**

/s/David Madgett
David Madgett (#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
612-470-5582
dmadgett@madgettlaw.com
ATTORNEY FOR PLAINTIFF