## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Barbara Dean Stinnett, | ) | Judge Nancy Brasel |
| | ) | Magistrate Judge Becky Thorson |
| Plaintiff, | ) | |
| | ) | CASE NO. 0:22-cv-00417-NEB-HB |
| | ) | CASE NO. 0:22-cv-00416-NEB-HB |
| v. | ) | CASE NO. 0:22-cv-00418-NEB-HB |
| | ) | |
| Trans Union LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | **NOTICE OF DISMISSAL** |
| | ) | **WITH PREJUDICE OF** |
| | ) | **EXPERIAN INFORMATION** |
| | ) | **SOLUTIONS, INC.** |
| | ) | |
| | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE OF EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff and Defendant Experian Information Solutions, Inc., ONLY have settled all claims.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses all claims

against Defendant Experian Information Solutions, Inc

Dated: May 25, 2022                    **MADGETT LAW**

/s/David Madgett
David Madgett (#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
(612) 470-5582
dmadgett@madgettlaw.com
ATTORNEY FOR PLAINTIFF

1

00744-Stinnett