## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Barbara Dean Stinnett,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Trans Union LLC, et al.<br><br>　　　　　Defendants. | Judge Nancy Brasel<br>Magistrate Judge Becky Thorson<br><br>CASE NO. 0:22-cv-00417-NEB-HB<br>CASE NO. 0:22-cv-00416-NEB-HB<br>CASE NO. 0:22-cv-00418-NEB-HB<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE OF EQUIFAX INFORMATION SERVICES** |

**NOTICE OF DISMISSAL WITH PREJUDICE OF EQUIFAX INFORMATION SERVICES**

Plaintiff and Defendant Equifax Information Services, LLC ONLY have settled all claims. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses all claims against Defendant Equifax Information Services, LLC.

Dated: May 25, 2022　　　　　　　**MADGETT LAW**

　　　　　　　　　　　　　　　　/s/David Madgett
　　　　　　　　　　　　　　　　David Madgett (#0390494)
　　　　　　　　　　　　　　　　333 S 7th Street, Suite 2450
　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　(612) 470-5582
　　　　　　　　　　　　　　　　dmadgett@madgettlaw.com
　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF

00744-Stinnett