# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Barbara Dean Stinnett, | ) Judge Eric Tostrud |
| | ) Magistrate Judge David T. Schultz |
| Plaintiff, | ) |
| | ) CASE NO. 0:22-cv-00418-ECT-DTS |
| v. | ) |
| | ) **STIPULATION OF** |
| Trans Union LLC, et al. | ) **DISMISSAL WITH** |
| | ) **PREJUDICE OF TRANS** |
| Defendants. | ) **UNION, LLC** |

**IT IS HEREBY STIPULATED AND AGREED** to by and between the parties hereto, by their respective attorneys, that the above-entitled action by Plaintiff against Defendant may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

Dated: May 25, 2022                    **MADGETT LAW**

/s/David Madgett
David Madgett (#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
(612) 470-5582
dmadgett@madgettlaw.com
ATTORNEY FOR PLAINTIFF

Dated:  June 17, 2022  /s/ Brad Fisher
Bradley D. Fisher, Esq. (219356)
Amy M. Sieben, Esq. (326021)
Fisher Bren & Sheridan, LLP
920 Second Avenue South, Suite 975
Minneapolis, MN  55402-4011
Office:  (612) 332-0100
Direct:  (612) 902-2750
Fax:  (612) 332-9951
E-Mail:  bfisher@fisherbren.com
E-Mail:  asieben@fisherbren.com

*Counsel for Defendant TransUnion LLC*